IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JULIAN E. ROCHESTER,

    Plaintiff,

     v.                              CIVIL ACTION FILE
                                  NO. 1:13-CV-53-TWT

J. F. DUBINA
JUDGE, et al.,

    Defendants.

ORDER

     This is a pro se prisoner civil action against several federal judges. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action under 28 U. S. C. § 1915(g). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Motion for Writ of Mandamus [Doc. 8]and Motion for Hearing [Doc. 10] are DENIED. The Plaintiff is a serial filer of frivolous lawsuits that are illegible, incoherent and delusional. The Clerk is directed not to file any additional papers submitted by the Plaintiff – without full payment of the filing fee – which name as a defendant a federal judge or the President of the United States without receiving the permission of the undersigned.

SO ORDERED, this 4 day of March, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge